

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2014

No. 04-13-00791-CV

**IN THE ESTATE OF AMINTA PEREZ-MUZZA, DECEASED**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2007PB7000089-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court